Lucio **CRUZ–RIVERA, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 58131.

Missouri Court of Appeals,
Western District.

Feb. 6, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 2001.

Application to Transfer Denied
May 29, 2001.

Jeannie M. Willibey, Asst. Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Adriane Crouse, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, EDWIN H. SMITH and THOMAS H.NEWTON, Judges.

## ORDER

Lucio Cruz–Rivera appeals the circuit court's judgment to deny his motion to set aside judgments convicting him of second degree murder and armed criminal action. We affirm.   Rule 84.16(b).